**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Erwin PEREZ–GARCIA, a.k.a. Victor
Hugogomezcal, a.k.a. Ovilmer Perez–
Lopez, Defendant–Appellant.**

**No. 12–15384
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 14, 2013.

Jeffrey F. Michelland, U.S. Attorney's Office, Fort Myers, FL, Robert E. O'Neill, Peter J. Sholl, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Orlando, FL, James Lappan, Federal Public Defender's Office, Fort Myers, FL, for Defendant–Appellant.

Before CARNES, Chief Judge,
BARKETT and MARTIN, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, counsel for Erwin Perez–Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-

ble issues of merit, counsel's motion to withdraw is **GRANTED,** and Perez–Garcia's conviction and sentence are **AF-FIRMED.**